UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLIN LIAN,<br><br>　　　　Defendant. | Case No. 11-cr-00907-PJH-1<br><br>**ORDER CONTINUING HEARING ON REQUEST TO TRAVEL OUT OF JURISDICTION AND FOR RETURN OF PASSPORT** |

　　　　The hearing on defendant's ex parte application for an order granting his request to travel out of the jurisdiction and for return of his passport is hereby CONTINUED to November 5, 2014, at 2:30 pm, to provide an interpreter for defendant at the hearing. The government shall file a response or statement of non-opposition to defendant's request by October 29, 2014.  If the government does not oppose the motion, the hearing will be vacated and the matter will be decided on the papers.

　　　　**IT IS SO ORDERED.**

Dated: October 28, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge