IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND VENUE

UNITED STATES OF AMERICA,

      Plaintiff,                          Docket No. 4:11-CR-00907-001-PJH

v.                                  ORDER GRANTING REQUEST TO TRAVEL OUT OF JURISDICTION AND FOR RETURN OF PASSPORT

COLIN LIAN,

      Defendant.

_____/

The ex parte application of Colin Lian for permission to travel to China while on supervised release to visit his family due to his father's illness, with no opposition having been filed by the government, is GRANTED.  GOOD CAUSE APPEARING THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY IS HEREBY ORDERED TO RETURN TO COLIN LIAN HIS U.S. PASSPORT HELD BY I.C.E. SPECIAL AGENT WILLIAM PETTY. Upon Mr. Lian's return to the United States, Mr. Lian shall surrender his U.S. passport back to the Department of Homeland Security, Immigration and Customs Enforcement.  The hearing on Mr. Lian's request to travel outside the jurisdiction of the court and for return of passport is hereby VACATED.

DATED: November 3, 2014

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE